# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBBIN L. THOMPSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **Civil Action 05-00447-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 16, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 6th day of June, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE