IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBBIN L. THOMPSON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *  **Civil Action 05-00447-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") and that the award be limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $3,075.00 for 24.60 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 6th day of June, 2007**.**

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE