IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBBIN L. THOMPSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  **Civil Action No. 05-00447-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner is authorized to receive **$11,689.75** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff. Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$3,075.00** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE and ORDERED** this the 7th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE